# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

THE UNITED STATES OF AMERICA,         CASE NO.:

      Plaintiff,

v.

CUEVAS EM CONSTRUCTION
CORP. n/k/a CUEVAS EM
CONSTRUCTION FL LLC.

      Defendants,
_____/

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, Plaintiff, THE UNITED STATES OF AMERICA, and alleges that:

### Jurisdiction

1. This is an action for damages against Defendant CUEVAS EM CONSTRUCTION CORP. n/k/a CUEVAS EM CONSTRUCTION FL LLC due to the nonpayment of a civil penalty resulting from OSHA violations.

2. This Court has jurisdiction over the subject matter of this action pursuant to Article, III Section 2, U.S. Constitution and 28 U.S.C. § 1345.

1

## Parties

3. Plaintiff, THE UNITED STATES OF AMERICA (the "U.S.A."), brings this action acting through the United States Department of the Treasury, Bureau of the Fiscal Service (the "U.S. Treasury") on behalf of the U.S. Department of Labor Occupational Safety and Health Administration ("OSHA")

4. Defendant, CUEVAS EM CONSTRUCTION CORP. n/k/a CUEVAS EM CONSTRUCTION FL LLC ("CUEVAS EM"), has its principal office and place of business in Charlotte County, Florida at 2921A Vasco Street, Punta Gorda, Florida 33950.

## Venue

5. Venue is proper in this judicial district and this Court pursuant to 28 U.S.C. §1391(b)(2) because CUEVAS EM is located in this judicial district and a substantial part of the events or omissions giving rise to this action occurred in this judicial district.

## Statement Of Claim

6. On or about May 20, 2020, OSHA's Fort Lauderdale, Florida office conducted an inspection of CUEVAS EM's job site located at 757 West Avenue, Miami, Florida 33139.

7. The OSHA inspector found two serious OSHA violations committed by CUEVAS EM. On October 29, 2020, OSHA issued a Citation and Notification of Penalty to CUEVAS EM. A copy of the Citation and Notification of Penalty is

attached and incorporated herein as Exhibit "A". The total amount of the penalty was $10,024.00.

8. CUEVAS EM failed to timely file a notice of contest of the imposition of the penalty and did not pay the penalty by the December 25, 2020 deadline.

9. On or about April 23, 2021, OSHA referred the claim against CUEVAS EM to the U.S. Treasury.

10. On or about April 25, 2023, the U.S. Treasury referred the claim against CUEVAS EM to the U.S. Department of Justice.

11. As of December 22, 2025 CUEVAS EM owed the U.S.A. the amount of $18,480.76 calculated as follows:

| | |
|---|---|
| A. Principal: | $10,024,00 |
| B. Interest (at 2.00%) | $1,002.77 |
| C. Penalty (at 6.00%) | $2,985.18 |
| D. Administration Fees | $4,495.81 |
| **Total:** | **$18,480.76** |

A copy of the Certificate of Indebtedness is attached hereto and incorporated herein as Exhibit "B".

12. CUEVAS EM has failed to pay the amount owed despite demands made by the U.S.A.

13. The U.S.A. is entitled to recover from CUEVAS EM all costs and expenses incurred in this action, including a reasonable attorneys' fee.

14. The U.S.A. has retained the services of the undersigned law firm and is obligated to pay its attorneys a reasonable fee for the services rendered.

15. All conditions precedent to this action have occurred, have been performed, or have been waived.

WHEREFORE, Plaintiff, UNITED STATES OF AMERICA, demands judgment against the Defendant CUEVAS EM, for the sum of $18,480.76 plus interest from December 22, 2025 through the date of the judgment, post-judgment interest pursuant to 28 U.S.C. §1961, all allowable administrative costs and expenses and all other allowable costs and expenses pursuant to 28 U.S.C. § 2412 (a)(2), and for all such other and further relief which the Court deems just and proper.

DATED this 22nd day of December 2025.

                              Respectfully submitted,

                        By: /s/ Todd M. Hoepker
                            Todd M. Hoepker, Esq. (FL Bar ID 507611)
                            Attorney for the Plaintiff United States of America
                            On behalf of Schuerger Law Group
                            P.O. Box 3311
                            Orlando, FL 32802-3311
                            rucTelephone: (407) 426-2060
                            Facsimile: (407) 426-2066
                            toddhoepker@hoepkerlaw.com
                            copies to: efiling@schuergerlaw.com