**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA,**
Plaintiff,

v. 2:25-cv-1200-KCD-NPM

**CUEVAS EM CONSTRUCTION CORP.,**
Defendant.

---

**ORDER**

The United States of America brought this action against defendant Cuevas EM Construction Corp., n/k/a Cuevas EM Construction FL LLC, to collect unpaid civil penalties resulting from OSHA violations, along with administration fees, accrued interest, and penalties. (Doc. 1). The clerk previously entered a default against Cuevas EM for failing to appear. (Doc. 9). Now the United States seeks a default judgment, which is unopposed. *See* Local Rule 3.01 (c).[1] It does "not differ in kind from, or exceed in amount, what is demanded in the pleadings." Fed. R. Civ. P. 54(c). And because the claim is for "a sum that can be made certain by computation," the clerk may enter the judgment without court review. Fed. R. Civ. P. 55(b)(1).[2]

From the face of the complaint, we have personal and subject-matter

---

[1] Plaintiff served the motion for default judgment on Cuevas. (Doc. 10 at 5).

[2] *See also* 28 U.S.C. § 636(b)(3).

jurisdiction. With no response to the complaint, all allegations—other than those relating to the amount of damages—are admitted. *See* Fed. R. Civ. P. 8(b)(6). And an affidavit (Doc. 10 at 6–8) substantiates the damages. Accordingly, the **CLERK** is directed to **GRANT** the United States's request (Doc. 10), enter a default judgment against the defendant, and award **$18,480.76** to the United States. Post-Judgment interest will automatically accrue by statute. *See* 28 U.S.C. § 1961(a). Following the entry of judgment, the **CLERK** shall terminate all scheduled events and close the file.

Any motion to determine entitlement to attorneys' fees or non-taxable expenses must be filed within fourteen days of the judgment. *See* Local Rule 7.01(b). To tax costs, a proposed Bill of Costs (AO Form 133) and its required documentation must be filed within a reasonable time after the entry of judgment.

**ORDERED** on August 28, 2026

NICHOLAS P. MIZELL
United States Magistrate Judge